IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHELTON VANOVER,

 Appellant,

v.

STATE OF FLORIDA,

 Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4503
CORRECTED PAGES: pg 1
CORRECTION IS UNDERLINED IN RED
MAILED: January 7, 2016
BY: NMS

Opinion filed January 5, 2016.

An appeal from an order of the Circuit Court for Leon County.
Frank E. Sheffield, Judge.

Shelton Vanover, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

 AFFIRMED.

BENTON, LEWIS, and BILBREY, JJ., CONCUR.